**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**JESSIE William Newton, Defendant—
Appellant.**

No. 08–6672.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2008.

Decided: Sept. 16, 2008.

Jessie William Newton, Appellant Pro Se. John L. Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie William Newton appeals the district court's order denying his 18 U.S.C.A. § 3582(c) (West 2000 & Supp.2008) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Newton,* No. 5:02–cr–30020–SGW–18 (W.D.Va. Mar. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*